<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2395**

———————

ROLAND D. JOHNSON, JR.,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, Postmaster General,

Defendant - Appellee,

and

MICHAEL HILL, Manager, Largo II, VMF; DAVID
COOK, Manager, Largo II VMF; VIVIAN HAMPTON,
EEO Investigator; ROSE CARTER, EEO Specialist;
WELDON CARSON, Postmaster, Capitol Heights
Branch; ROGER RUCKER, Supervisor, Capitol
Heights Branch,

Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Andre M. Davis, District Judge. (CA-00-
2747-AMD)

———————

Submitted: February 22, 2001      Decided: February 27, 2001

———————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

Roland D. Johnson, Jr., Appellant Pro Se.  Tawana Elaine Davis, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roland D. Johnson, Jr., appeals the district court's order dismissing his employment discrimination action.  Our review of the record and the district court's opinion discloses no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>Johnson v. Henderson</u>, No. CA-00-2747-AMD (D. Md. Sept. 26, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>